CO-386-online
10/03

# United States District Court
# For the District of Columbia

CODON DEVICES, INC.                    )
                                       )
                                       )
                                       )
                    Plaintiff          )          Civil Action No._____
        vs                             )
                                       )
FEBIT BIOTECH GMBH, FEBIT              )
FERRARIUS BIOTECHNOLOGY GMBH           )
and FEBIT, GMBH                        )
                    Defendant          )

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  PLAINTIFF                               certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  CODON DEVICES, INC.                 which have

any outstanding securities in the hands of the public:

   NONE.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

   439308                                    Adam P. Strochak
_____              _____
BAR IDENTIFICATION NO.                      Print Name

                                            1300 Eye St. NW, Ste. 900
                                            _____
                                            Address

                                            Washington, DC          20005
                                            _____
                                            City           State         Zip Code

                                            202-682-7000
                                            _____
                                            Phone Number