IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CODON DEVICES, INC., <br><br> Plaintiff, <br> v. <br><br> FEBIT BIOTECH GMBH, FEBIT FERRARIUS BIOTECHNOLOGY GMBH and FEBIT, GMBH <br><br> Defendants. | Case No. 07-1177 RBW |

**MOTIONS FOR ADMISSION *PRO HAC VICE*
OF EDWARD R. REINES AND RIP FINST**

I, Adam P. Strochak, a member in good standing of the Bar of the District of Columbia and admitted to practice before this Court, respectfully move this Court, pursuant to Local Rule 83.2(d), to permit attorneys Edward R. Reines and Rip Finst (hereinafter collectively "Admittees") to participate as counsel *pro hac vice* for plaintiff Codon Devices, Inc. in the above-captioned matter. In support thereof, I state the following:

1. I am a partner with the firm of Weil, Gotshal & Manges LLP and acquainted with Admittees.

2. Edward R. Reines is a partner, and Rip Finst is an associate in the Silicon Valley office of Weil, Gotshal & Manges LLP, located at 201 Redwood Shores Parkway, Redwood Shores, CA 94065.

3. Admittees are fully familiar with the facts and proceedings in this matter.

4.     Mr. Reines is a member in good standing of the bar of the State of California, and the bar of the United States District Court for the Northern District of California. He has not been the subject of any disciplinary investigation, action or grievance procedure, is not currently disbarred in any court, and has not been denied admission to the courts of any state or any court of the United States. In support of this motion, attached hereto as Exhibit 1 is the Declaration of Edward R. Reines.

5.     Mr. Finst is a member in good standing of the bar of the State of California, and the bar of the United States District Court for the Northern District of California. He has not been the subject of any disciplinary investigation, action or grievance procedure, is not currently disbarred in any court, and has not been denied admission to the courts of any state or any court of the United States. In support of this motion, attached hereto as Exhibit 2 is the Declaration of Rip Finst.

WHEREFORE, it is respectfully requested that Admittees be permitted to participate in this matter *pro hac vice* pursuant to Local Rule 83.2(d).

Dated: September 4, 2007                     Respectfully submitted,

                                             _____/s/_____
                                             Adam P. Strochak (Bar No. 439308)
                                             adam.strochak@weil.com
                                             WEIL, GOTSHAL & MANGES LLP
                                             1300 Eye St. NW, Suite 900
                                             Washington, DC 20005
                                             Telephone: (202) 682-7000
                                             Facsimile: (202) 857-0940
                                             Attorneys For Plaintiff
                                             CODON DEVICES, INC.

## Certificate of Service

  The undersigned hereby certifies that on September 4, 2007, Codon Devices. Inc.'s Motion for Admission Pro Hac Vice of Edward R. Reines and Rip Finst was filed electronically and served via courier on the following party:

Ed Kessler
Mark Evens
Sterne, Kessler, Goldstein & Fox PLLC
1100 New York Avenue, NW
Washington, DC 20005

                           Gregory Bailey

## EXHIBIT 1

## DECLARATION OF EDWARD R. REINES
## IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

1. I, Edward R. Reines, am a partner of the law firm of Weil, Gotshal & Manages LLP at their offices located at 201 Redwood Shores Parkway, Redwood Shores, California 94065, telephone: 650-802-3000.

2. I am a member in good standing of the bar of the State of California, and the bar of the United States District Court for the Northern District of California. I have never been suspended, disbarred or otherwise disciplined by any court.

3. I for am not engaged in the practice of law from an office located in the District of Columbia, nor am I a member of the District of Columbia Bar or have an application for membership pending.

4. I have not been admitted *pro hac vice* in this Court within the last two years, and I am familiar with the civil local rules of this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on August 31, 2007 in Redwood Shores, California.

_____
Edward R. Reines

## EXHIBIT 2

## DECLARATION OF RIP FINST
## IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

1. I, Rip Finst, am an associate at the law firm of Weil, Gotshal & Manages LLP at their offices located at 201 Redwood Shores Parkway, Redwood Shores, California 94065, telephone: 650-802-3000.

2. I am a member in good standing of the bar of the State of California, and the bar of the United States District Court for the Northern District of California. I have never been suspended, disbarred or otherwise disciplined by any court.

3. I for am not engaged in the practice of law from an office located in the District of Columbia, nor am I a member of the District of Columbia Bar or have an application for membership pending.

4. I have never been admitted *pro hac vice* in this Court, and I am familiar with the civil local rules of this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on August 31, 2007 in Redwood Shores, California.


Rip Finst

MOTION FOR ADMISSION *PRO HAC VICE*

Case No. 07-1177 RBW
SV1:\276174\01\5X3$01!.DOC\36441.0004.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CODON DEVICES, INC.,<br><br>        Plaintiff,<br>v.<br><br>FEBIT BIOTECH GMBH, FEBIT FERRARIUS BIOTECHNOLOGY GMBH and FEBIT, GMBH<br><br>        Defendants. | Case No. 04-0280 RBW<br><br>Judge Reggie B. Walton |

### ORDER GRANTING PRO HAC VICE MOTION

Upon the motion of Plaintiff Codon Devices, Inc. for an order admitting Edward R. Reines and Rip Finst *pro hac vice* in this action for all purposes; and upon the declarations of Edward R. Reines and Rip Finst in support of the motion, and for good cause appearing, **IT IS HEREBY**

**ORDERED** that Edward R. Reines and Rip Finst are admitted *pro hac vice* in this action for all purposes on behalf of Codon.


DATED:   Washington, D.C.
         September ____, 2007


                                              _____
                                              THE HONORABLE
                                              REGGIE B. WALTON
                                              United States District Court Judge