U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Condon Devices, Inc.

vs.

Febit Biotech GMBH, et al.

No. 1:07-CV-01177 RBW

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, AMBIKO GUICE, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint for Declaratory Judgment, Certificate Rule LCvR 7.1, Notice of Designation of Related Civil Case Pending In This or Any Other United States Court, and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 11-03-1974.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 4:00 pm on October 19, 2007, I served Febit Ferrarius Biotechnology GMBH c/o Sterne Kessler Goldstein and Fox at 1100 New York Avenue, NW, Washington, DC 20005 by serving H. Jay Sommercamp, Director of Administration, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     64
HEIGHT-  6'0"
HAIR-    GRAY
WEIGHT-  210
RACE-    WHITE
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  /0-22-07
              Date

AMBIKO GUICE
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 196098