AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Codon Devices, Inc.

    Plaintiff(s)   )   **APPEARANCE**
)
)
    vs.   )   CASE NUMBER   1:07-cv-01177 *RMU*
febit Biotech GmbH, febit Ferrarius   )
Biotechnology GmbH, febit GmbH   )
    Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Edward J. Kessler   as counsel in this
                    (Attorney's Name)

case for:   febit Biotech GmbH, febit Ferrarius Biotechnology GmbH, febit GmbH
                  (Name of party or parties)

November 5, 2007
Date

*[Signature]*
Signature

Edward J. Kessler
Print Name

958462
BAR IDENTIFICATION

1100 New York Ave., N.W.
Address

Washington, DC   20005
City   State   Zip Code

202-371-2600
Phone Number

**RECEIVED**

NOV 8 − 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Codon Devices, Inc.

    Plaintiff(s)

vs.

febit Biotech GmbH, febit Ferrarius Biotechnology GmbH, febit GmbH

    Defendant(s)

**APPEARANCE**

CASE NUMBER  1:07-cv-01177

To the Clerk of this court and all parties of record:

Please enter the appearance of  Mark Fox Evens  as counsel in this
(Attorney's Name)

case for:  febit Biotech GmbH, febit Ferrarius Biotechnology GmbH, febit GmbH
(Name of party or parties)

November 5, 2007
Date

343723
BAR IDENTIFICATION

*[Signature]*
Signature

Mark Fox Evens
Print Name

1100 New York Ave., N.W.
Address

Washington, DC  20005
City    State    Zip Code

202-371-2600
Phone Number

AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Codon Devices, Inc.

        Plaintiff(s)        )    **APPEARANCE**

        vs.        )    CASE NUMBER   1:07-cv-01177

febit Biotech GmbH, febit Ferrarius
Biotechnology GmbH, febit GmbH
        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of   W. Blake Coblentz   as counsel in this
        (Attorney's Name)

case for:   febit Biotech GmbH, febit Ferrarius Biotechnology GmbH, febit GmbH
        (Name of party or parties)

November 5, 2007
Date

_____
Signature
W. Blake Coblentz
Print Name

502474
BAR IDENTIFICATION

1100 New York Ave., N.W.
Address

Washington, DC  20005
City    State    Zip Code

202-371-2600
Phone Number