IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Codon Devices, Inc. )<br><br>Plaintiff, )<br><br>v. )<br><br>febit Biotech GmbH, febit Ferrarius )<br>Biotechnology GmbH, and febit, GmbH )<br><br>Defendant. ) | Case No.: 1:07-cv-01177-RBW |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that Defendants, febit Biotech GmbH, febit Ferrarius, Biotechnology GmbH and febit, GmbH, shall have to and including December 10, 2007, to respond to the Complaint herein.

Febit Biotech BmbH, febit Ferrarius
Biotechnology GmbH, and febit, GmbH

By: _____
Mark Fox Evens (Bar #343723)
Sterne, Kessler, Goldstein & Fox P.L.L.C.
1100 New York Ave., N.W.
Washington, DC 20005
(202) 371-2600

Codon Devices, Inc.

By: _____
Adam P. Strochak (Bar # 439308)
Weil, Gotshal & Manges LLP
1300 Eye Street, N.W.
Suite 900
Washington, DC 20005
(202) 682-7000

So Ordered:

_____