A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CODON DEVICES, INC.

      Plaintiff(s)

vs.

FEBIT BIOTECH GMBH et al

      Defendant(s)

**APPEARANCE**

CASE NUMBER  07-cv-01177 RBW

To the Clerk of this court and all parties of record:

Please enter the appearance of  Stephen A. Gibbons  as counsel in this
                                 (Attorney's Name)

case for:  Codon Devices, Inc.
           (Name of party or parties)

November 14, 2007
Date

Bar No. 493719
BAR IDENTIFICATION

_(signature)_
Signature

Stephen A. Gibbons
Print Name

1300 Eye Street, NW, Suite 900
Address

Washington, DC 20005
City    State    Zip Code

(202) 682-7143
Phone Number