IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CODON DEVICES, INC.<br><br>      Plaintiff,<br>v.<br><br>FEBIT BIOTECH GMBH, FEBIT FERRARIUS BIOTECHNOLOGY AND FEBIT, GMBH<br><br>      Defendants. | Civil Action No.: 07-CV-1177-RBW |

**[PROPOSED] ORDER TO GRANT DEFENDANT'S
MOTION TO DISMISS OR, ALTERNATIVELY,
TO TRANSFER VENUE OR, ALTERNATIVELY, TO STAY**

  Before the Court is Defendant febit biotech GmbH, febit ferrarius biotechnology and febit, GmbH Motion to Dismiss all counts of Plaintiff Codon Devices, Inc.'s ("Codon") Complaint. After careful consideration of the Motion, Plaintiff Codon's response and this Court having fully considered the premises, it is hereby

  ORDERED that Defendant febit's Motion is GRANTED; and

  ORDERED that the Complaint of Plaintiff Codon is DISMISSED WITH PREJUDICE.

  Signed this _____ day of _____ 2007.

                /s/_____
                REGGIE B. WALTON
                UNITED STATES DISTRICT JUDGE
                DISTRICT OF COLUMBIA

## CERTIFICATE OF SERVICE

    I, Mark Fox Evens, hereby certify that on December 10, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Adam P. Strochak
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW, Suite 900
Washington, DC  20005

    I also certify that copies were caused to be served on December 10, 2007 upon the following in the manner indicated:

**BY ELECTRONIC MAIL**

Adam P. Strochak
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW, Suite 900
Washington, DC  20005

**BY ELECTRONIC MAIL**
**And FIRST CLASS MAIL**

Edward R. Reines
Nicholas A. Brown
Rip Finst
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

                                                    /s/
                                      Mark Fox Evens