AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CODON DEVICES, INC.

        Plaintiff(s)   )
                                  )   **APPEARANCE**
                                  )
              vs.   )   CASE NUMBER   07-cv-1177
FEBIT BIOTECH GMBH, FEBIT FERRARIUS   )
BIOTECHNOLOGY and FEBIT, GMBH   )
        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of  W. Blake Coblentz  as counsel in this
                            (Attorney's Name)

case for:  FEBIT BIOTECH GMBH, FEBIT FERRARIUS BIOTECHNOLOGY and FEBIT, GMBH
                        (Name of party or parties)

December 10, 2007
Date

502474
BAR IDENTIFICATION

Signature
W. Blake Coblentz
Print Name

1100 New York Ave., N.W.
Address

Washington, DC  20005
City  State  Zip Code

202-371-2600
Phone Number