IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CODON DEVICES, INC.,<br><br>         Plaintiff,<br>v.<br><br>FEBIT BIOTECH GMBH, FEBIT FERRARIUS BIOTECHNOLOGY GMBH and FEBIT, GMBH<br><br>         Defendants. | Case No. 07-1177 RBW |

## DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Codon Devices, Inc. hereby dismisses the above-entitled action WITHOUT PREJUDICE.

Dated: December 21, 2007

Respectfully submitted,

/s/     Adam P. Strochak
_____
Adam P. Strochak (Bar No. 439308)
adam.strochak@weil.com
WEIL, GOTSHAL & MANGES LLP
1300 Eye St. NW, Suite 900
Washington, DC 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

Attorneys For Plaintiff
CODON DEVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CODON DEVICES, INC.,<br><br>        Plaintiff,<br>v.<br><br>FEBIT BIOTECH GMBH, FEBIT FERRARIUS BIOTECHNOLOGY GMBH and FEBIT, GMBH<br><br>        Defendants. | Case No. 07-1177 RBW |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

The Court, having received and considered Plaintiff's Dismissal Without Prejudice, hereby dismisses the above-captioned action without prejudice.

Dated: December __, 2007

_____
Honorable Reggie B. Walton