✎ AO 120 (Rev. 3/04)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been
filed in the U.S. District Court ___for the District of Columbia___ on the following   ☑ Patents or   ☐ Trademarks:

| DOCKET NO. 07cv1177 | DATE FILED 6/29/2007 | U.S. DISTRICT COURT for the District of Columbia |
|---|---|---|

| PLAINTIFF | DEFENDANT |
|---|---|
| CODON DEVICES, INC.<br>One Kendall Square<br>Building 300, Third Floor<br>Cambridge, MA 02139 | FEBIT BIOTECH GMBH Im Neuenheimer Feld 519, D-69120 Heidelberg, Germany<br>FEBIT FERRARIUS BIOTECHNOLOGY GMBH Kafertaler Strasse 190, D-68157<br>Mannheim, Germany; FEBIT, GMBH c/o Sterne, Kessler, Goldstein & Fox; 1100<br>New York Ave., NW Washington, DC 20005 |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,586,211 | | FEBIT BIOTECH GMBH |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☑ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| 12/30/2007  MINUTE ORDER DISMISSING CASE. Pursuant to the plaintiff's notice of voluntary dismissal without<br>prejudice, it is ORDERED that the plaintiff's Complaint for Declaratory Judgment is DISMISSED. It is further ORDERED<br>that this case is CLOSED. Signed by Judge Reggie B. Walton on 12/30/07. (lcrbw3, ) (Entered: 12/30/2007) |

| CLERK<br>Greg Hughes, Interim Clerk | (BY) DEPUTY CLERK<br>/s/ Nicole Wilkens | DATE<br>1/20/2010 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy